646

DREHER, Administrator, Respondent, vs. ZETTINIG, imp., Appellant.

For the appellant: *John H. Schlintz,* attorney, and *F. E. Jenkins,* of counsel, both of Milwaukee.

For the respondent: *E. H. Hibbard* of Milwaukee.

*By the Court.*—Judgment affirmed.

KLUG, by guardian *ad litem,* Respondent, vs. EICKELBERG, Appellant.

For the appellant: *George A. Hartman* of Juneau and *Clark & Lueck* of Beaver Dam.

For the respondent: *Grady, Farnsworth & Walker* of Portage.

*By the Court.*—Judgment affirmed.

*June 24, 1929.*

POPLOWSKI, Respondent, vs. OTTAVI, Appellant.

For the appellant: *Bendinger & Hayes* of Milwaukee.

For the respondent: *C. F. Rouiller* of Milwaukee.

*By the Court.*—Judgment affirmed.

A motion for a rehearing was denied, with $25 costs, on October 8, 1929.